UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff.<br><br>v.<br><br>TIFFANY LE, et al.,<br><br>    Defendants. | Case No. 19-cv-01837-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on February 21, 2020, at 2:00 PM, before this Court in the above-entitled case. Plaintiff Prathima Reddy Price was present via CourtCall. Defendant Michael Welch was not present.

IT IS HEREBY ORDERED that Defendants shall appear on **March 6, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why default should not be entered against the Defendants for failure to appear at the case management conferences on January 31, 2020, and February 21, 2020, and for failure to comply with the Court's Orders. A further case management conference is also scheduled for **March 6, 2020**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: February 25, 2020

                                                          JOSEPH C. SPERO
                                                          Chief Magistrate Judge